DE WITT C. LITTLEJOHN and others, *Appellants, v.* HENRY Y. ATTRILL and others, *Respondents.* — Judgment affirmed, with costs. Opinion by BARNARD, P. J.; GILBERT, J., not sitting.

MICHAEL M. COSTELLO, *Appellant, v.* WILLIAM B. CURTIS, *Respondent.* — Judgment and order denying new trial affirmed, with costs. Opinion by DYKMAN, J.; BARNARD, P. J., not sitting.

CHARLES W. BRUNDAGE and others, *Respondents, v.* ELIZA S. GRAVES and others, *Appellants.* — Judgment of County Court modified, without costs. Opinion by GILBERT, J.

DUNSCOMB *v.* THE NEW YORK HOUSATONIC AND NORTHERN RAILROAD CO. — Papers not submitted.

HIRAM FINCH, *Respondent, v.* JONATHAN P. CARPENTER, *Appellant.* — Order overruling verdict reversed, with costs. Opinion by BARNARD, P. J.; DYKMAN, J., not sitting.

HIRAM FINCH, *Respondent, v.* JONATHAN P. CARPENTER, *Appellant.* — Judgment reversed, and new trial granted, costs to abide event. Opinion by BARNARD, P. J.; DYKMAN, J., not sitting.

THE CHEMUNG RAILROAD COMPANY, *Respondent, v.* THE ERIE RAILWAY COMPANY, *Appellant.* — Judgment affirmed, with costs. Opinion by GILBERT, J.

JOHN MCNAB, *Respondent, v.* CATHARINE JUDSON and others, *Appellants.* — Judgment affirmed, with costs. Opinion by BARNARD, P. J.; GILBERT, J., not sitting.

JAMES C. SKIDMORE, *Respondent, v.* JESSE SELIGMAN and others, *Trustees, etc., Appellants.* — Judgment affirmed, with costs. Opinion by GILBERT, J.; BARNARD, P. J., not sitting

PETER A. SKIDMORE, *Respondent, v.* JESSE SELIGMAN and others, *Trustees, etc., Appellants.* — Judgment affirmed, with costs. Opinion by GILBERT, J.; BARNARD, P. J., not sitting.

PETER MITCHELL, *Appellant v.* JULIUS HAMMERSLOUGH, *Respondent.* — Order granting new trial reversed, with costs. Opinion by DYKMAN, J.

WILLIAM B. FORREST, *Respondent, v.* THE EDWIN FORREST HOME, *Appellant, Impleaded, etc.* — Order granting new trial reversed, with costs. Opinion by GILBERT, J.; DYKMAN, J., not sitting.

WILLIAM DEYERMAND, *Executor, etc., Appellant, v.* HENRY CHAMBERLAIN, *Respondent.* — Judgment affirmed, with costs. Opinion by BARNARD, P. J.; GILBERT, J., not sitting.

PATRICK DEVINE, *Appellant, v.* THE TARRYTOWN, ETC., GAS LIGHT COMPANY. — Judgment affirmed, with costs. Opinion by BARNARD, P. J.; DYKMAN, J., not sitting.

JACOB POLHEMUS *v.* WILLIAM VOORHEES. — Motion denied, with costs.

OTIS N. CUTLER, *Respondent, v.* JOHN SATTERLEE, *Appellant, Impleaded, etc.* — Motion denied, without costs.